**Order entered May 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00340-CV

### THOMAS A. HYDE, JR. AND ROBERT L. WINSPEAR, Appellants

### V.

### RUBEN (RUBY) AZRAK AND KARL POWER, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06555**

## ORDER

Before the Court is appellants' May 3, 2019 unopposed motion for an extension of time to provide written verification that they have paid the fees for preparation of the clerk's and reporter's records. We **GRANT** the motion and extend the time to **May 20, 2019**.

/s/    ERIN A. NOWELL
         JUSTICE